# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KELLY RESOR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-06-702-R |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Plaintiff Kelly Resor filed this action pursuant to 42 U.S.C. § 405(g), seeking a judicial review of the Defendant's decision denying her application for supplemental security income benefits. Pursuant to 28 U.S.C. § 636(b)(1)( B), the matter was referred to United States Magistrate Judge Valerie K. Couch for preliminary review. On May 14, 2007, Judge Couch issued a Report and Recommendation wherein she recommended that the decision of the Commissioner be reversed and that the matter be remanded for further consideration by the Commissioner. The record reflects that neither party has filed an objection to the Report and Recommendation within the time limits prescribed therein, nor has either party sought an extension of time in which to objection. Accordingly, the Report and Recommendation is ADOPTED IN ITS ENTIRETY and this matter is REVERSED AND REMANDED TO THE COMMISSIONER. Judgment shall be entered accordingly.

**IT IS SO ORDERED** this 5th day of June 2007.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE